**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| KATHRYN Y. THOMPSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-10-3467 |
| § | |
| DEPUY ORTHOPAEDICS, INC., *et al.,* § | |
| § | |
| Defendants. § | |

**ORDER**

The plaintiff filed a motion for a protective order. (Docket Entry No. 3). A telephone hearing on this motion is set for **October 18, 2010, at 5:00 p.m.** Counsel are directed to call the court's designated conference line at 713-250-5550 to participate in the phone conference.

SIGNED on October 15, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge